Mr. Jeffrey D. Kyle, Clerk
Third District Court of Appeals
Price Daniel Sr. Building
209 W. 14th Street, Room 101
Austin, Texas 78701

RE:     Trial Court Cause Number:   C2015-0395D
        Court of Appeals Number :   03-15-00807-CV

        Richard Montgomery, Individually, vs. Rolando H. Saenz, et al

Dear Mr. Kyle

I am the deputy court reporter charged with the responsibility of preparing the Reporter's Record in the above-styled and numbered cause for filing with the Third Court of Appeals. My records indicate that the Accelerated Reporter's Record is due to the Court of Appeals on January 1, 2016.   This appeal was filed on December 22, 2015 and I am currently on Christmas vacation with my family and not due to return home until January 2, 2016.   As well, no payment arrangements have been made with appellate counsel.

For all of the reasons listed above, I am requesting a 10-day extension from the due date of January 1, 2016.  Please advise should further action be required on my part. Thank you for your attention to this matter.

Respectfully yours,


Amy Ferro